

Jim LeDuc, ABR, CRS, GRI
RE/MAX Affiliates, Inc.
1600 Pebblewood Lane
Naperville, Illinois 60563
630-641-1400

## Invoice for Broker's Pricing Opinion

Prepared for:

Tom Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road
Wheaton, Illinois 60187

For:

139 Indian Lane (Pudlow-Dynck)
Carpentersville, IL

Date:

February 3, 2006

Case #

Attorney:

Itemized Services Performed:

| SERVICE | DATE OF SERVICE | # OF HOURS | FEE @ $100/ HOUR |
|---|---|---|---|
| Travel to and from property | 2/1/06 | 2 | $200 |
| Previewing of property exterior including photographing | 2/1/06 | .5 | $50 |
| Research MLS for data regarding current listings and sold properties and research Tax Assessor for size, taxes for Comparable Market Analysis | 2/3/06 | 2.5 | $250 |
| Assess information and prepare a report of findings | 2/3/06 | 1 | $100 |
| TOTAL AMOUNT DUE | | | $600 |

Please Remit to: RE/MAX Affiliates
1600 Pebblewood Lane
Naperville, Illinois 60563
ATTN: James LeDuc