UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| PUDLOW DYMEK, DONATA ) | CASE NO. 05-14266-MB | |
| ) | | |
| Debtor. ) | Hon. Manuel Barbosa | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois

    On: AUGUST 23, 2007                Time: 10:00 A.M

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                 $40,169.00

    Disbursements                                                       $5,056.51

    Net Cash Available for Distribution                        $35,112.49

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | $0.00 | $4,766.90 | $0.00 |
| JIM LEDUC, REALTOR | $0.00 | $600.00 | $0.00 |
| THOMAS E. SPRINGER<br>Trustee Attorney | $5,015.00 (fees)<br>$41.51 (expenses) | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $32,653.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend for timely filed claims is anticipated to be 100% and the dividend for untimely filed general unsecured claims is anticipated to be 57.32% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | FIRST NATIONAL BANK OF OMAHA | $6,624.87 | $6,624.87 |
| 3 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $18,122.43 | $18,122.43 |
| 5 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $732.43 | $732.43 |
| 6 | B-LINE, LLC / CINGULAR WIRELESS LLC | $361.28 | $361.28 |
| 7 | CITIBANK (SOUTH DAKOTA) NA (late filed claim) | $6,812.27 | $3,904.58 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash on Hand | $80.00 |
| First American Bank Checking Account | $450.00 |
| Furniture and appliances | $300.00 |
| Clothing | $350.00 |
| 2002 Jeep Grand Cherokee | $9,000.00 |
| 2003 Honda Accord | $16,000.00 |

Dated: JULY 24, 2007                                              For the Court,

By:   KENNETH S. GARDNER
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:     Thomas E. Springer
Address:     400 S. County Farm Road
             Suite 330
             Wheaton, IL  60187
Phone No.:   (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Jul 24, 2007
Case: 05-14266                Form ID: pdf002          Total Served: 40

The following entities were served by first class mail on Jul 26, 2007.
db         +Donata Pudlow-Dymek,   139 Indian Lane,   Carpentersville, IL 60110-1413
aty        +Douglas M Haegler,   7700 Bonhomme,   7th Flr,   St Louis, MO 63105-1924
aty        +George Pecherek,   727 W Devon Avenue,   Park Ridge, IL 60068-4734
aty        +Kathryn A Klein,   Riezman Berger PC,   7700 Bonhomme,   7th Floor,   St Louis, MO 63105-1924
aty        +Thomas E. Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
tr         +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
9168739    +Academy Collection Service, Inc.,   10965 Decatur Road,   Philadelphia, PA 19154-3294
9168740     Alliance One,   P.O. Box 3100,   Southeastern, PA 19398-3100
9168741     American Eagle Outfitters,   P.O. Box 530993,   Atlanta, GA 30353-0993
9168742     Bank One,   P.O. Box 8650,   Wilmington, DE 19899-8650
9168744     Best Buy,   P.O. Box 15521,   Wilmington, DE 19850-5521
9168747     CFNA-Firestone,   P.O. Box 81315,   Cleveland, OH 44181-0315
9168745    +Capital Recovery Services, LLC,   P.O. Box 8700,   Jacksonville, FL 32239-8700
9168746    +Central Credit Services, Inc.,   P.O. Box 189,   Saint Charles, MO 63302-0189
9168748     Chase Platinum Visa,   P.O. Box 15902,   Wilmington, DE 19850-5902
9168750     Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL 60197-6428
9168751    +Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-0001
10707572    Citibank (South Dakota) NA,   Citibank/Choice,   Exception Payment Processing,   P O Box 6305,
             The Lakes NV 88901-6305
9168749    +DaimlerChrysler Financial,   Douglas M Heagler,   7700 Bonhomme 7th Fl,
             St Louis, Missouri 63105-1924
9168753     E R Solutions, Inc.,   P.O. Box 9004,   Renton, WA 98057-9004
9168754    +Enhanced Recovery Corporation,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
9168755     First National Bank Omaha,   P.O. Box 3696,   Omaha, NE 68103-0696
10579897   +First National Bank of Omaha,   1620 Dodge Street,   Omaha, NE 68197-0002
9168756     GAP,   P.O. Box 981064,   El Paso, TX 79998-1064
9290108    +Glenview State Bank,   Donald Newman,   11 S LaSalle Street Ste 1500,   Chicago, IL 60603-1224
9168757    +Glenview State Bank,   800 Waukegan Rd,   Glenview, IL 60025-4310
9168758    +Harvard Collection Services, Inc.,   4839 N. Elston Ave.,   Chicago, IL 60630-2589
9168759     J.C. Christensen and Associated Inc,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
9168760     MBNA America,   P.O. Box 15137,   Wilmington, DE 19886-5137
9168762    +NCO Financial Systems,   P.O. Box 41417,   Philadelphia, PA 19101-1417
9168761    +National Asset Recovery,   2880 Dresden Drive, Suite 200,   Atlanta, GA 30341-3920
9168763    +Oster Bay Club,   American Resorts International,   903 Commerce Dr,   Oak Brook, IL 60523-1969
10633674   +Recovery Management Systems Corporation,   For GE Money Bank,   dba AMERICAN EAGLE,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10633675   +Recovery Management Systems Corporation,   For GE Money Bank,   dba THE GAP,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9168764     Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
9168765    +United Anesthesia Asso,   P.O. Box 646,   Elgin, IL 60121-0646
9168766     Wells Fargo Financial Bank,   P.O. Box 5943,   Sioux Falls, SD 57117-5943

The following entities were served by electronic transmission on Jul 25, 2007.
10694262   +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jul 25 2007 03:30:06
             B-Line, LLC / Cingular Wireless LLC,   Mail Stop 550,   2101 4th Avenue, Suite 1030,
             Seattle, WA 98121-2317
10587259   +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2007 03:30:28
             Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026-8003
9168752     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2007 03:30:28     Discover Platinum Card,
             P.O. Box 15251,   Wilmington, DE 19886-5251
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Thomas E Springer
br           James LeDue
aty*        +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
9168743*     Bank One,   P.O. Box 8650,   Wilmington, DE 19899-8650
                                                                                   TOTALS: 2, * 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Jul 24, 2007
Case: 05-14266                Form ID: pdf002          Total Served: 40

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2007**              **Signature:**    *Joseph Speetjens*